# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL W. WALKER**                                                                         **APPELLANT**

v.                                        Case No. 4:17-cv-00675

**FREDERICK S. WETZEL, III,**                                                  **APPELLEE**

## JUDGMENT

Pursuant to the Order entered separately today, it his hereby ordered that appellant Michael Walker's appeal from the United States Bankruptcy Court for the Eastern District of Arkansas is dismissed without prejudice.

So adjudged this 31st day of March, 2019.

                                                       _____
                                                       Kristine G. Baker
                                                       United States District Judge