# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MICHAEL W. WALKER**                                                        **APPELLANT**

v.                                  **Case No. 4:17-cv-00675 KGB**

**FREDERICK S. WETZEL, III,**                                     **APPELLEE**

## ORDER

Pending before the Court is Mr. Walker's appeal from the United States Bankruptcy Court for the Eastern District of Arkansas. This Court previously entered an Order consolidating this case with *Walker v. Wetzel, et al.*, Case No. 4:17-cv-485-KGB (the "Consolidated Appeal") (Dkt. No. 7). In that Order, the Court directed the parties to make filings only in the Consolidated Appeal (*Id.*). The Court dismissed the Consolidated Appeal in an Order dated March 31, 2019, and the Court dismisses this appeal for the reasons set forth in the Order entered in the Consolidated Appeal. Accordingly, it his hereby ordered that appellant Michael Walker's appeal from the United States Bankruptcy Court for the Eastern District of Arkansas is dismissed without prejudice.

So ordered this 31st day of March, 2019.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge